| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| WINGROVE FELTON ROBINSON, | § § § § § § § § § § § | |
| Plaintiff, | | |
| versus | | CIVIL ACTION NO. 1:10-CV-643 |
| BEAUMONT BONE & JOINT INSTITUTE, ET AL., | | |
| Defendants. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on October 15, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss this action *sua sponte* for lack of subject-matter jurisdiction. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that the reference to the magistrate judge is **VACATED**. It is furter

**ORDERED** that all pending motions are **DENIED** as moot.

Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 25th day of January, 2011.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE